UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM, | 1:08-cv-1595 LJO DLB (HC) |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION FOR APPOINTMENT OF COUNSEL |
| NEIL H. ADLER, Warden, et al., | (DOCUMENT #25) |
| Respondents. | |

On June 15, 2009, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, was denied on the merits and judgment in entered in favor of Respondent. Petitioner filed a notice of appeal on June 19, 2009, and the appeal was processed to the United States Court of Appeals for the Ninth Circuit on June 24, 2009.

On July 1, 2009, Petitioner filed a motion for counsel. (Court Doc. 25.) Because this Court no longer maintains jurisdiction over this action, Petitioner's motion shall be disregarded as more appropriately brought before the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   **July 6, 2009**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE